**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEITH MITCHELL, on behalf of himself and all others similarly situated, | ) Case No.: CV 20-7906-DMG (KKx) ) |
| Plaintiffs, | ) **ORDER RE JOINT STIPULATION** ) **TO FILE CONSOLIDATED** ) **COMPLAINT [50]** |
| vs. | ) ) |
| HARBOR FREIGHT TOOLS USA, INC., | ) ) |
| Defendant. | ) ) ) ) ) ) ) ) |

1    The parties in this case seek to consolidate three related cases pending before
2    this Court:

3    - Comes v. Harbor Freight Tools, USA, Inc., Case No. CV 20-05451 DMG (KKx)

4    - Thomas v. Harbor Freight Tools, USA, Inc., Case No. CV 20-05898 DMG
5    (KKx)

6    - Mitchell v. Harbor Freight Tools, USA, Inc., Case No. CV 20-07906 DMG
7    (KKx)

8    Rule 42(a) allows the court to consolidate the actions if they "involve a common
9    question of law or fact[.]"  Fed. R. Civ. P. 42(a).  Each of these cases brings similar
10   claims against a single defendant. All of the plaintiffs and the classes they seek to
11   represent allege that they suffered damages after they purchased defective jack stands
12   from the defendant. Accordingly, the joint stipulation to consolidate is APPROVED.

13   IT IS HEREBY ORDERED that:

14   1. The above-mentioned cases are consolidated under the case name *Mel*
15   *Comes, et al. v. Harbor Freight Tools, USA, Inc.*, Consolidated Case No. 20-
16   5451-DMG (KKx).

17   2. The *Comes* First Amended Class Action Complaint [Doc. # 26] is deemed a
18   consolidated complaint applicable to all of the related cases (had the parties
19   awaited an order re consolidation of cases before filing it, the Court would
20   have ordered the filing of a single consolidated complaint).

21   3. Henceforth, all documents in this matter shall be filed only in *Mel Comes, et*
22   *al. v. Harbor Freight Tools, USA, Inc.*, Consolidated Case No. 20-5451-
23   DMG (KKx).

24   4. All material documents previously filed in the *Thomas* and *Mitchell* cases
25   (except the amended complaints) are deemed to have been filed in the *Comes*
26   case.

27   5. Case Nos. 20-5898-DMG (KKx) and 20-7906-DMG (KKx) are hereby
28   administratively closed and placed in inactive status.

6.  The parties shall comply with the following schedule with regard to Defendant's motion to dismiss:

-   Defendant's motion pursuant to Rule 12 of the Federal Rules of Civil Procedure shall be filed by November 13, 2020;

-   Plaintiffs' Response to the motion will be filed by December 4, 2020;

-   Defendant's Reply will be filed by December 31, 2020;

-   The hearing on the motion will be held on Friday, January 15, 2021 at 9:30 a.m.

7.  The parties' request for a 30-page enlargement of the page limit is GRANTED.

DATED:  October 13, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE